| | |
|---|---|
| 1 | Name of Attorney Robert L. Bolick, Esq. |
| | Bar # 1106 |
| 2 | Address 10785 W. Twain Ave. #200 |
| | Las Vegas, NV 89135 |
| 3 | Phone # (702) 870-6060 |
| | e-mail address rbolick@djplaw.com |

RECEIVED

JUL 16   1:33 PM '14

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re:                                       )   Bankruptcy No.: 12-12402 lbr
                                             )   Chapter
AGNIESZKA BEATA OSYRA                        )
                                             )   MOTION TO WITHDRAW MONEY
                                             )   UNDER 28 U.S.C. SECTION 2042
                                             )
                                             )   Hearing Date:
                        Debtor(s).           )   Hearing Time:
                                             )

There was a dividend check in the amount $ 8,190.00 in the above- named case issued to Rick Yarnell, Trustee. Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed money to the Clerk, US Bankruptcy Court.

**PLEASE CHECK THE PARAGRAPH THAT APPLIES:**

☐ Claimant is the creditor or debtor in whose behalf these moneys were deposited and is entitled to the moneys deposited.

☑ Claimant is not the creditor but is entitled to payment of these moneys because (**Please state the basis for your claim to the moneys)**

The money was paid to the bankruptcy court by a third party to be applied to an outstanding mortgage of the debtor. The debtor died prior to her bankruptcy being finalized. Therefore, the third party is entitled to the return of funds. See the attached Order from Probate Court entered February 18, 2014.

1 | Please attach copies of any supporting documentation.[1]
2 |
3 | Date:
4 |
5 |
6 | _____
7 | Signature of Claimant or Attorney
8 | Robert L. Bolick, Esq.
9 | Printed Name
10 | 10785 W. Twain Ave., Suite 200
11 | Las Vegas, NV  89135
12 | Mailing Address

---

[1] (i) If claimant is heir of deceased creditor, attach copies of death certificate and heirship order of court.
(ii) If claimant is assignee of creditor, attach copy of assignment.
(iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.
(iv) If claimant is agent of creditor for purposes of filing this application, attach a copy of the agency agreement.
(v) Attach other documents showing entitlement should none of the foregoing apply.

2